IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| REX ALLEN BRANOUGH, #1670425 | § | |
| VS. | § | CIVIL ACTION NO. 4:11cv823 |
| KENNETH MOORE, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration and recommends that Defendants Fannin County Jailers' Motion to Dismiss (docket entry #18) be granted and that they be dismissed from the complaint with prejudice. Plaintiff has filed objections, but the objections do not address the basis of the Magistrate Judge's recommendation. *See* docket entry #38. Instead, he simply states that he should not be held to the standard of an attorney and that events in his personal life have affected his ability to exercise diligence. However, these points do not excuse his responsibility to address the issues raised.

Having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Plaintiff's objections are without merit. Accordingly, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is therefore

**ORDERED** that Defendants Fannin County Jailers' Motion to Dismiss (docket entry #18) is hereby **GRANTED** and that those individuals, otherwise unidentified in the complaint, are hereby **DISMISSED** from the complaint **WITH PREJUDICE**.

**SIGNED this the 27th day of March, 2013.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE